## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

1.  MICHELLE POWELL, an individual,

      Plaintiff,

vs.

1.  CRESCENT SERVICES, LLC, an Oklahoma limited liability company;
2.  ROCKWATER ENERGY SOLUTIONS, INC., an Oklahoma Corporation; and
3.  SELECT ENERGY SERVICES, LLC, an Oklahoma limited liability company.

      Defendants.[1]

Case No. __CIV-19-1037-G____

## NOTICE OF REMOVAL

TO: THE CLERK OF THE ABOVE-TITLED COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that Defendants, Crescent Services, LLC ("Crescent"), Rockwater Energy Solutions, Inc. ("Rockwater"), and Select Energy Services, LLC, ("Select") (collectively, the "Defendants") remove this action from the District Court of Oklahoma County, State of Oklahoma, to the United States District Court for the Western District of Oklahoma under 28 U.S.C. §§ 1331 and 1441(a). Defendants remove this case on the grounds that this Court has original jurisdiction via federal question jurisdiction. Defendants' Notice of Removal is based upon and supported by the following:

---

[1] The designation in the case style of Select Energy Services, LLC and Rockwater Energy Solutions, Inc. as each being an Oklahoma entity is incorrect. Rather, each is a Delaware entity which is qualified to do business in Oklahoma.

## BACKGROUND

1.      On October 22, 2019, Plaintiff Michelle Powell ("Plaintiff") filed this civil action against Defendants in the District Court of Oklahoma County, State of Oklahoma, Case No. CJ-2019-5960 (the "State Court Action"). In the Petition, Plaintiff alleges "a violation of Title VII of the Civil Rights Act … in the form of gender discrimination." (Exhibit 1, Petition, ¶42.)

2.      On or about October 23, 2019, Plaintiff served her Petition via certified mail on the service agents for Rockwater and Crescent. (Exhibit 2, Return of Service for Rockwater; Exhibit 3, Return of Service for Crescent.)

3.      On or about November 4, 2019, Plaintiff served her Petition via certified mail on the service agent for Select. (Exhibit 4, Return of Service for Select.)

4.      All Defendants consent to and agree with the removal of this case to federal court on the basis set out in this Notice.

5.      This Notice of Removal is timely filed because such is done within 30 days of service of the Petition. 28 U.S.C. § 1446(b)(2)(B).

6.      Removal to this Court is appropriate because the Petition is pending in the District Court of Oklahoma County, State of Oklahoma, which is located in this Court's jurisdiction. *See* 28 U.S.C. §§ 116(c), 1441(a).

## GROUNDS FOR REMOVAL

7.      The Court has original jurisdiction over the State Court Action under 28 U.S.C. § 1331 as Plaintiff's cause of action, as alleged under Title VII of the Civil Rights Act (Exhibit 1, Petition ¶42), arises under the laws of the United States, providing this

Court federal question jurisdiction.

8.   Therefore, the State Court Action may be removed to this Court by Defendants under 28 U.S.C. § 1441(a).

## NOTICES PROVIDED TO PLAINTIFF AND TO STATE COURT

9.   Under 28 U.S.C. § 1446(a) and LCvR81.2, the docket sheet and a true and correct copy of all process, pleadings, and orders served upon Defendants in the State Court Action are attached. (Exhibit 5, State Court Docket Sheet; *See also* Exhibit 2, Exhibit 3 and Exhibit 4.)

10.   In accordance with 28 U.S.C. § 1446(d), Defendants will promptly file a notice of filing of removal (with a copy of this Notice of Removal attached to it) with the Oklahoma County Court Clerk. That is the court in which this action was commenced and pending at the time this Notice of Removal was filed with this Court. That filing will be done in the case entitled *Powell v. Crescent Services, LLC, et al.,* District Court of Oklahoma County, State of Oklahoma, Case No. CJ–2019-5960. Defendants will promptly serve on Plaintiff the notice of filing of removal, with a copy of the Notice of Removal attached. (Exhibit 6, State Court Notice.)

## CONCLUSION

11.   By this notice, Defendants do not waive any objections that they may have as to improper service, jurisdiction, venue, or any other defenses to this action. Defendants intend no admission of fact, law, or liability by this Notice, and reserve all defenses, motions, and pleas. Defendants request that this action be removed to this Court for final determination, that all further proceedings in the State Court Action be stayed, and that

3

Defendants obtain all additional relief to which they are entitled.

WHEREFORE, Defendants respectfully remove the above-captioned action now pending against them in the District Court of Oklahoma County, State of Oklahoma, to this Court.

DATED: November 12, 2019.

Respectfully submitted,

/s/ Victor F. Albert
Victor F. Albert, OBA #12069
Brandon D. Kemp, OBA #31611
OGLETREE, DEAKINS, NASH, SMOAK &
    STEWART, P.C.
The Heritage Building
621 N. Robinson Ave., Ste. 400
Oklahoma City, OK  73102
Telephone:  (405) 546-3755
Facsimile:  (405) 546-3775
victor.albert@ogletree.com
brandon.kemp@ogletre.com
***Attorneys for Defendants***

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 12th day of November 2019, I electronically transmitted

the foregoing to the Clerk of Court using the ECF system for electronic filing. The Clerk

of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Nathan D. Richter, OBA # 22003
Renee D. Little, OBA # 22630
Denton Law Firm
925 West State Highway 152
Mustang, Oklahoma  73064
nathan@dentonlawfirm.com
renee@dentonlawfirm.com
***Attorneys for Plaintiff***

/s/ Victor F. Albert
Victor F. Albert

40684109.1