# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHELLE POWELL, an individual, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. CIV-19-1037-G ) |
| CRESCENT SERVICES, LLC, et al., | ) ) |
| Defendants. | ) ) |

## ORDER

Now before the Court is the Motion to Dismiss (Doc. No. 15) jointly filed by Defendants. The Motion seeks dismissal of certain claims asserted in Plaintiff's initial Complaint (Doc. No. 1-1). On February 5, 2020, Plaintiff timely filed an Amended Complaint (Doc. No. 15). Plaintiff's Amended Complaint supersedes the original Complaint and renders it of no legal effect. *See Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991).

Accordingly, the pending Motion to Dismiss (Doc. No. 7) is DENIED AS MOOT.

IT IS SO ORDERED this 6th day of February, 2020.

_____
CHARLES B. GOODWIN
United States District Judge